IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CANDELARIO SANCHEZ,** | : | |
| | : | |
| Petitioner, | : | |
| v. | : | 3:13-CV-291 |
| | : | (JUDGE MARIANI) |
| **WARDEN KENNETH R.** | : | (Magistrate Judge Carlson) |
| **CAMERON, et al.** | : | |
| | : | |
| Respondents. | : | |

## ORDER

**AND NOW, THIS _1st_ DAY OF APRIL 2022**, for the reasons set forth in this Court's accompanying Memorandum Opinion, upon *de novo* review of Magistrate Judge Carlson's Report and Recommendation (Doc. 28), Petitioner Sanchez's objections thereto (Doc. 31), Petitioner Sanchez's Petition for Writ of Habeas Corpus (Doc. 1) pursuant to 28 U.S.C. § 2254, and all other relevant documents, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation (Doc. 28) is **ADOPTED** for the reasons set forth therein sand in this Court's Memorandum opinion.

2. Petitioner Sanchez's objections (Doc. 31) are **OVERRULED.**

3. The Petition for Writ of Habeas Corpus (Doc. 1) pursuant to 28 U.S.C. § 2254 is **DENIED.**

4. A certificate of appealability **SHALL NOT ISSUE.**

FILED
SCRANTON
APR 01 2022
PER _____
DEPUTY CLERK

5. The Clerk is Court is directed to **CLOSE** the above-captioned action.

_____
Robert D. Mariani
United States District Judge